

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,666-01

### EX PARTE ISRAEL LARA, Applicant

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NUMBER 11-1327-CR
### IN THE 25TH JUDICIAL DISTRICT COURT GUADALUPE COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of intoxicated assault for which he was sentenced to seven years' imprisonment, and one count of failure to stop and render aid for which he was sentenced to five years' imprisonment No direct appeal was taken.

Applicant's claim for pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex Parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Based on this Court's independent review of the entire record, we deny relief on all of Applicant's other claims.

Filed: September 16, 2015
Do not publish